## ELECTRONIC RECORD

068-15
069-15

COA # 05-14-00240-CR          OFFENSE: 1.03

STYLE: Bobby Simmons v. The State of Texas          COUNTY: Dallas

COA DISPOSITION:          AFFIRM          TRIAL COURT: 363rd Judicial District Court

DATE: 12/18/2014          Publish: NO          TC CASE #: F-1252370-W

## IN THE COURT OF CRIMINAL APPEALS

068-15
069-15

STYLE: Bobby Simmons v. The State of Texas          CCA #:

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 04/29/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**